ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                         )
WKF (FRIEDMAN) ENTERPRISES, INC.     )   ASBCA No. 64007
                                                         )
Under Contract No. SPE7M4-24-P-2225     )

APPEARANCES FOR THE APPELLANT:        Mr. Wayne Friedman
                                                           President
                                                         J. Travis Pittman, Esq.
                                                         Yuki Haraguchi, Esq.
                                                           Holmes Pittman & Haraguchi, LLP
                                                           Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Kelly L. Diaz-Albertini, Esq.
                                                           DLA Chief Trial Attorney
                                                         John J. Pritchard, Esq.
                                                         Julie K. Phillips, Esq.
                                                         Adam J. Heer, Esq.
                                                           Trial Attorneys
                                                           DLA Land and Maritime
                                                           Columbus, OH

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 11, 2025

_____
DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64007, Appeal of WKF (FRIEDMAN) ENTERPRISES, INC., rendered in conformance with the Board's Charter.

Dated: June 12, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals